UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DOW JONES & COMPANY, INC.,** *Plaintiff* § § § | |
| v. § | No. 1:22-CV-00564-DAE |
| **THOMAS BRITTON HARRIS IV,** *Defendant* § § § § | |

### ORDER

Before the Court is Defendant Britt Harris's Motion to Compel Discovery Responses, Dkt. 38. The District Judge referred the motion to the undersigned for disposition, and the Court set the motion for hearing, Dkt. 43. At that hearing, after considering the parties' filings, the applicable law, and counsel's arguments, the Court announced its ruling on the motion, and the reasons for the ruling, on the record.

The Court granted Harris's motion in part, ordering Dow Jones to produce subscriber information for the recipients of Harris's "Reading With Britt" newsletter, as set out in Dkt. 45-14. However, because that attachment contained multiple lists of recipients, the Court ordered the parties to confer on which of those lists should define the set of recipients for whom Dow Jones must search and provide subscriber information.

The Court is now in receipt of correspondence from the parties indicating that they cannot agree on the meaning of the Court's order at last week's hearing. To resolve this impasse, the Court rules as follows:

For the reasons stated on the record at the hearing on the motion, the Court **GRANTS IN PART AND DENIES IN PART** Harris's Motion to Compel Discovery Responses, Dkt. 38. The Court **ORDERS** Dow Jones to produce to Harris, within 30 days of this order, subscriber information for all active subscriptions as of May 25, 2020, to *The Wall Street Journal* or *Barron's* associated with the email addresses listed on pages 76-92 of Dkt. 45-14. The records Dow Jones produces should be at least as detailed as the records Dow Jones previously produced as to Professor Harris, as set out in Dkt. 47-8.

SIGNED April 1, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE