UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DOW JONES & COMPANY, INC., *Plaintiff* | §§§ |
| v. | § No. 1:22-CV-00564-DAE |
| THOMAS BRITTON HARRIS IV, *Defendant* | §§§§ |

## ORDER

The Court has set Defendant Thomas Britton Harris, IV's Objections to and Motion to Strike Declaration of Robert Walkley, Dkt. 55, for a hearing to be held on June 17, 2024, at 9:00 a.m. *See* Dkt. 61. Plaintiff, Dow Jones & Company, Inc., has filed a motion to supplement the Walkey declaration to address the concerns raised in Harris's motion. *See* Dkt. 59. Harris's response to Dow Jones's motion was due on April 26, 2024, and, to date, no response has been filed.

If the supplemental declaration resolves the evidentiary objections raised in Harris's motion, then the Court **ORDERS** the parties to promptly file a notice with the Court to that effect, and the Court will dismiss both motions as moot. If it does not, then the Court **ORDERS** Harris to respond to Dow Jones's motion, Dkt. 59, by this Friday, May 24, 2024, and the Court will hear argument on this motion, in addition to Harris's motion, at the June 17, 2024, hearing.

SIGNED May 21, 2024.

                                      DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATE JUDGE